# ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
LINDA VAN DEUSEN and JOHN VAN DEUSEN,

                              Plaintiffs,

                                           CV-00-0181

              -against-

HOFSTRA UNIVERSITY 128 HOFSTRA UNIVERSITY,
HEMPSTEAD, NEW YORK 11549-1280, ADAPTIVE
ENVIRONMENTS 374 CONGRESS STREET/STE. 301
BOSTON, MASSACHUSETTS 02216,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X


                         204 Willis Avenue
                         Mineola, New York

                         December 4, 2000
                         10:20 A.M.


        EXAMINATION BEFORE TRIAL of LINDA M. VAN DEUSEN,

a Plaintiff herein, taken pursuant to Notice, and

held at the above time and place before Susan

Marrone, a stenotype reporter and Notary Public of

the State of New York.


**EMERALD-ASSOCIATED REPORTERS, INC.**
*3375 PARK AVENUE*
*WANTAGH, NEW YORK 11793*
*(516) 783-4311*

1

2    A P P E A R A N C E S :

3

4        JESUS M. MARRERO, ESQ.
         Attorney for Plaintiffs
5            311 Court Street
             Brooklyn, New York 11231

6

7

8        PURCELL & INGRAO, P.C.
         Attorneys for Defendant HOFSTRA UNIVERSITY
9            204 Willis Avenue
             Mineola, New York 1501

10
         BY:   PATRICK PURCELL, ESQ.

11

12       O'CONNOR, O'CONNOR, HINTZ & DEVENEY, LLP
         Attorney for Defendant
13       ADAPTIVE ENVIRONMENTS
             1044 Franklin Avenue
14           Garden City, New York 11530

15       BY:   CHRISTOPHER M. ROGERS, ESQ.

16
         ALSO PRESENT:
17
         Anthony Brady, Esq.
18
                         .
19

20

21

22

23

24

25

1

2          IT IS HEREBY STIPULATED AND AGREED by and between

3    the attorneys for the respective parties hereto that

4    filing, sealing and certification be and the same are

5    hereby waived.

6          IT IS FURTHER STIPULATED AND AGREED that all

7    objections, except as to the form of the question, shall

8    be reserved to the time of the trial.

9          IT IS FURTHER STIPULATED AND AGREED that the

10   within examination may be subscribed and sworn to before

11   any notary public with the same force and effect as

12   though subscribed and sworn to before the court.

13         IT IS FURTHER STIPULATED that a copy of this

14   transcript shall be provided to the plaintiff without

15   cost and that the plaintiff shall provide copies of any

16   depositions he may take to the defendant without cost.

17                        *     *     *     *

18

19                              .

20

21

22

23

24

25

1

2    L I N D A    M.  V A N  D E U S E N,  a Plaintiff

3                    herein, having been first duly sworn

4                    by Susan Marrone, a Notary Public of

5                    the State of New York, was examined

6                    and testified as follows:

7    EXAMINATION BY

8    MR. PURCELL:

9            Q      Please state your name for the record.

10           A      Linda M. Van Deusen.

11           Q      Where do you presently reside?

12           A      7736 Dartmoore Lane, Columbia, South

13   Carolina 29223.

14           Q      Good morning.  Is it Mrs. Van Deusen?

15           A      Yes, sir.

16           Q      I'm Patrick Purcell, as you know, and

17   I'm here representing Hofstra University in this

18   lawsuit that you've brought against them.  Today

19   I'm going to ask you certain questions.  If you

20   don't understand my question, please indicate that

21   to me, and I'll try to rephrase it in a sufficient

22   way that it becomes clearer for you.

23                  If you need a break at any time, just

24   let us know, and we'll do that for you as well.

25                  Mrs. Van Deusen, how long have you

1                    LINDA M. VAN DEUSEN

2          A    Yes.

3          Q    What was your maiden name?

4          A    Pohland.

5          Q    P-O-L-A-N-D?

6          A    P-O-H-L-A-N-D.

7          Q    Now, on June 18th, 1998, were you

8    present at the campus of Hofstra University for

9    some purpose?

10         A    Yes.

11         Q    What was the reason for your being

12   present on that date?

13         A    I was at a Universal Design conference

14   for my job.

15         Q    Can you tell me more particularly what

16   a Universal Design conference entailed?

17         A    Universal Design conference was my

18   office sent me there so that I can learn more about

19   Adaptive equipment and Adaptive environment for

20   people with disabilities.

21         Q    What was the name of the company that

22   employed you at that time?

23         A    The University of South Carolina

24   School of Medicine.

25         Q    What was your specific duties with

1                    LINDA M. VAN DEUSEN

2    that organization at that time?

3            A      That's complicated.

4            Q      Well, give us a sum, if you can tell.

5            A      Well, my job was to go to people's

6    homes who had disabilities that needed their homes

7    modified for their disability to make it accessible

8    to them in looking at their home and their

9    disability as a whole, trying to predict whether

10   their disability would progress to a point where

11   they needed more adaptations and recommending the

12   adaptations that would be needed in the future, if

13   a disability was going to get worse.  We did the

14   most adapting that we could do.

15           Q      And how long had you been employed in

16   that capacity by the University of South Carolina

17   School of Medicine?

18           A      Since 1996.

19           Q      Had you worked in that same field for

20   some other organization prior to that date?

21           A      Yes, I did.

22           Q      And who was that?

23           A      Um, South Carolina Vocational

24   Rehabilitation.

25           Q      Where were they located?

9

1              LINDA M. VAN DEUSEN

2         A      In West Columbia, South Carolina.

3         Q      Were your duties with that South

4    Carolina Rehabilitation organization essentially

5    the same as the duties that you had for the School

6    of Medicine at the university?

7         A      It's -- it's -- yes.  The answer is

8    yes.  It's a little more complex than that in that

9    at the university I actually work for a Federal

10   grant.  The South Carolina Assistive Technology

11   Project and we worked under U.S.C. School of

12   Medicine, that grant was transferred from

13   vocational rehabilitation in 1996.  I was hired in

14   that grant in 1994 to do this job and many other

15   jobs, and previous to that I worked for another

16   Federal grant doing the same thing under vocational

17   rehabilitation when the grant ended, and I was

18   hired with the Assistive Technology Project to do

19   the same thing.

20        Q      Prior to 1994, had you worked in the

21   same field?

22        A      Yes, I did.

23        Q      Where did you work then?

24        A      South Carolina Vocational

25   Rehabilitation under the Independent Living Grant.

1                      LINDA M. VAN DEUSEN

2             Q      And how long had you been employed in

3     that capacity?

4             A      Since 1990.

5             Q      Prior to that, what was your work

6     experience?

7             A      I have, um, got my Master's degree

8     from '89 through '90 -- '88 through '90 in

9     rehabilitation counseling.  Prior to that my

10    undergrad degree was in biology, and I am a

11    licensed laboratory technician and work for a local

12    hospital in the hematology department.

13            Q      Where did you get your Master's

14    degree?

15            A      At the University of South Carolina.

16            Q      And your undergraduate degree?

17            A      Was at Columbia College.

18            Q      In New York?

19            A      No, it's in South Carolina, it's a

20    private women's college.

21            Q      Now, Mrs. Van Deusen, I note that you

22    appear here in a wheelchair today, correct?

23            A      Yes, sir.

24            Q      For how long have you been using that

25    sort of device?