UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| LINDA VANDEUSEN; ADVOCATES FOR DISABLED AMERICANS (AFDA), | : CASE NO. 3:06-1092-MBS-JRM |
| Plaintiffs, | : Civil Action |
| vs. | : |
| MARCIA ADAMS, in her Official Capacity as Acting Director of the South Carolina Department of Motor Vehicles, | : **CERTIFICATION OF** <br> : **ALBENA SHUTENKO** |
| Defendant. | : |

My name is Albena Shutenko and I reside at 1 Rose Avenue, Maple Shade, New Jersey 08052.

1. In late December 2005 I traveled with Ms. Vandeusen and found the DMV facility not accessible due to a dangerous curb ramp.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 24, 2007

_____
ALBENA SHUTENKO